UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re  Case No. 13−31984
Chapter 13
Devina Davis,

    Debtor.

# NOTICE

PLEASE TAKE NOTICE that a hearing will be held at

U.S. Bankruptcy Court, One Church Street, Courtroom 4C, Montgomery, AL 36104

on February 13, 2017 at 10:00 AM

to consider and act upon the following:

*30* − Trustee's Motion to Dismiss Case for Failure to Make Plan Payments . Responses due by 02/6/2017. (McKinney [Acting], Sabrina)

*31* − Objection to Trustee's Motion To Dismiss Case filed by Richard D. Shinbaum on behalf of Devina Davis (RE: related document(s)30 Trustee's Motion to Dismiss Case). (Shinbaum, Richard)

Dated January 17, 2017

                                                        Juan−Carlos Guerrero
                                                        Clerk of Court

In re:                                                                                             Case No. 13-31984-DHW
Devina Davis                                                                            Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 1127-2         User: blivingst             Page 1 of 1                   Date Rcvd: Jan 17, 2017
                           Form ID: ntchrgBK        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 19, 2017.
db           +Devina Davis,   414 Gardendale Drive,   Montgomery, AL 36110-2016

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                      TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2017                                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 17, 2017 at the address(es) listed below:
              Bankruptcy Administrator    ba@almb.uscourts.gov
              Charles N. Parnell, III    on behalf of Creditor   Rice Acceptance Co., Inc. bkrp@parnellcrum.com
              Richard D. Shinbaum    on behalf of Debtor Devina  Davis rshinbaum@smclegal.com,
               scarter@smclegal.com;cthornton@smclegal.com
              Sabrina L. McKinney [Acting]    trustees_office@ch13mdal.com
                                                                                                                                             TOTAL: 4